No. 1031. GUÁNICA CENTRALE, DEMANDANTE Y APELADA, *v.* RIVERA ET AL., DEMANDADOS Y APELANTE EL PRIMERO.—Apelación procedente de la Corte de Distrito de Mayagüez. Moción de la parte apelada para que se desestime la apelación. Resuelto en octubre 6, 1913. Desestimada la apelación por incumplimiento de los artículos 296 y 299 del Código de Enjuiciamiento Civil enmendado este último por ley No. 70 de marzo 9, 1911. Abogado del apelado: *Sr. Benito Forés.* La parte apelante no compareció.

---

No. 1032. NONY, DEMANDANTE Y APELADA, *v.* NONY, DEMANDADO Y APELANTE.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Moción de la parte apelada para que. se desestime la apelación. Resuelto en octubre 6, 1913. Desestimada la apelación por incumplimiento del artículo 299 del Código de Enjuiciamiento Civil enmendado por la ley No. 70 de marzo 9, 1911. Abogado de la apelada: *Sr. Joseph Anderson, Jr.* Abogado del apelante: *Sr. J. de Jesús Tizol.*

---

No. 1033. PIZÁ, DEMANDANTE Y APELANTE, *v.* EL TESORERO DE PUERTO RICO, DEMANDADO Y APELADO.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Moción de la parte apelada para que se desestime la apelación y moción de la parte apelante desistiendo de la apelación. Resuelto en octubre 6, 1913. Se tiene por desistido al apelante de la apelación que ha interpuesto en este caso, siendo por tanto innecesario resolver la moción de la parte apelada. Abogados del apelante: *Sres. Alvarez Nava y Domínguez.* Abogado del apelado: *Sr. Charles E. Foote, Fiscal.*